# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE COLANERI, and<br>JOSEPH COLANERI, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE PROPERY AND<br>CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CIVIL DIVISION<br><br>No.: 2:21-cv-00017-DSC |

## STIPULATION FOR DISMISSAL OR SETTLEMENT

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled by agreement of the parties and dismissed with prejudice with no payment of costs or attorneys fees by either side and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

/s/Richard C. Levine
Richard C. Levine, Esquire
Attorney for Plaintiffs


/s/Bruce E. Rende, Esquire
Bruce E. Rende, Esquire
Attorney for Defendants


Date: June 29, 2021

SO ORDERED:
s/ David S. Cercone
Sr. U.S. District Judge

{AL665623.1}